In the Matter of the Judicial Settlement of the Accounts of METTA B. FLINT, as Executor, etc., of FLOYD M. FLINT, Deceased, Who Was Executor, etc., of NELSON W. FLINT, Deceased.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

CHARLES E. DENNEY and JOHN A. HADDEN, Trustees of the ERIE RAILROAD COMPANY, Debtor, Appellants, v. MARY C. MALONE, as Administratrix, etc., of P. W. GRAHAM, Deceased, Doing Business under the Name and Style of P. W. GRAHAM CONTRACTING Co., BUFFALO SEWER AUTHORITY and NEW AMSTERDAM CASUALTY COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

MARY E. W. FIELD, as Executor, etc., of CHARLES H. WILTSIE, Deceased, Appellant, v. DOMINICK STALICA and Others, Defendants, UNION PROPERTIES, INC., CENTRAL NATIONAL BANK OF CLEVELAND, Appellants, VILLAGE OF DEPEW and COUNTY OF ERIE, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

WILLIAM CRANSTON, Appellant, v. ROCHESTER CENTRAL PROPERTIES, INC., and DOMENICA CUSIMANO, Doing Business under the Firm Name and Style of "CARUSO'S RESTAURANT," Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

DELLA CRANSTON, Appellant, v. ROCHESTER CENTRAL PROPERTIES, INC., and DOMENICA CUSIMANO, Doing Business under the Firm Name and Style of "CARUSO'S RESTAURANT," Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE SPIRELLA COMPANY, INCORPORATED, Respondent, v. FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, and JOHN E. McGARRY, ELMER A. CARTER and IRVING D. NEUSTEIN, Constituting the Unemployment Insurance Appeal Board of the State of New York, Appellants.— Motion for a reargument denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

HAMELINE Co., INC., Respondent, v. ANDREW WESTON CONSTRUCTION CORP., Appellant.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RIVERDALE CEMETERY ASSOCIATION OF NIAGARA FALLS, NEW YORK, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

STANLEY APENOWICH, Petitioner, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.